UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DON HATCHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:04-0817 |
| | ) | |
| RMR INVESTMENT COMPANY, | ) | Magistrate Judge Brown |
| | ) | **Jury Demand** |
| Defendant. | ) | |

### O R D E R

For the reasons stated in the accompanying Memorandum, the motion for summary judgment is **GRANTED** and the plaintiff's case is **DISMISSED** with prejudice. This order constitutes the final judgment in this action.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge